IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| JOHN C. COLVIN | ) | |
| and ANDREA D. COLVIN, | ) | |
| | ) | |
| Plaintiffs, | ) | TC-MD 110875C |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss for lack of prosecution.

A case management conference was held on December 12, 2011. During that conference, Plaintiffs were given until December 22, 2011, to file a written status report indicating whether they wished to pursue their appeal. The magistrate informed Plaintiffs that failure to submit a written status report by December 22, 2011, may result in the dismissal of their appeal. As of the date of this decision, the court has not received any further communication from Plaintiffs. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of January 2012.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Dan Robinson on January 9, 2012. The Court filed and entered this document on January 9, 2012.*

DECISION OF DISMISSAL  TC-MD 110875C                                                      1